United States District Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Illumipure, Inc., | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No. H-24-3678 |
| Trusted Client Solutions, LLC, | § § § |
| Defendant. | § |

### ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 25) dated June 26, 2025, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Trusted Client Solutions, LLC's Motion to Dismiss (docket no. 15) and Request for Entry of Default and Final Default Judgment (docket no. 16) are **DENIED AS MOOT.**

**SIGNED** at Houston, Texas, on this the 20th day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE