United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Illumipure, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-3678 |
| | § | |
| Trusted Client Solutions, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 35) dated October 9, 2025 and the Report and Recommendation (docket no. 38) dated November 17, 2025, and no party having filed objections thereto, the Court is of the opinion that both Report and Recommendations should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendations are hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Trusted Client Solutions, LLC's Motion to Dismiss (docke tno. 33) is **GRANTED** and Plaintiff, Illumipure, Inc.'s claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Defendant Trusted Client Solutions, LLC's Motion for Default Judgment (docket no. 34) is **GRANTED** against Plaintiff, Illumipure, Inc.

The Court will issue a separate Final Default Judgment.

**SIGNED** at Houston, Texas, on this the 5th day of December, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE